UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Kim Bankhead, | : | Case No. 1:08CV2484 |
| Plaintiff | : | |
| v. | : | Magistrate Judge David S. Perelman |
| Village of Newburgh Heights, et al., | : | **MEMORANDUM OPINION** |
| Defendants | : | **AND ORDER** |

This Court has been informed by defendant's counsel that "the page initially redacted from Bobby Hoover's personnel records by Wakeman Police Department has been provided to Plaintiff."

This being so, there are no longer any outstanding issues under defendants' motion to quash (Doc. #48). This Court dealt with the subpoena issued to the Cleveland Clinic and that institution's motion to quash (Doc. #40) in a ruling entered January 22, 2010[1] (Doc. #58), and the Northeast Ohio Regional Sewer District has responded to the subpoena issued to it.

The motion will be dismissed as moot as it pertains to the subpoenas issued to the Wakeman Police Department and the Northeast Ohio Regional Sewer District, and granted as regards the subpoena issued to the Cleveland Clinic.

**IT IS SO ORDERED**

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE:   February 22, 2010

---

[1] In that ruling this Court stated that if no appeal was taken from this Court's decision the documents provided for *in camera* inspection by defendants' counsel would be returned to him. No appeal has been taken and those documents are now being returned to Mr. Calderone.